UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-80056-ROSENBERG/BRANNON

DAVID POSCHMANN,

    Plaintiff,

v.

CH HOTEL, LLC,

    Defendant.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 28th day of March, 2017.

| | |
|---|---|
| s/Drew M. Levitt | s/Matthew R. Chait |
| Drew M. Levitt | Matthew R. Chait |
| Florida Bar No. 782246 | Florida Bar No. 0017657 |
| DML2@bellsouth.net | mchait@shutts.com |
| Lee D. Sarkin, Esq. | SHUTTS & BOWEN LLP |
| Florida Bar No. 962848 | 525 Okeechobee Boulevard, Suite 1100 |
| lsarkin@aol.com | West Palm Beach, Florida 33401 |
| 4700 N.W. Boca Raton Boulevard | Telephone (561) 835-8500 |
| Suite 302 | Facsimile (561) 650-8530 |
| Boca Raton, Florida 33431 | Attorneys for Defendant |
| Telephone (561) 994-6922 | |
| Facsimile (561) 994-0837 | |
| Attorneys for Plaintiff | |