**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:17-CV-80056-RLR**

DAVID POSCHMANN,

    Plaintiff,

v.

CH HOTEL, LLC,

    Defendant.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on the parties' Stipulation of Dismissal at docket entry 12. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 28th day of March, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record